UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOUS DAILY, | ) | Case No. CV 10-2092 ODW (MRW) |
|         Plaintiff, | ) ) | |
|   vs. | ) | JUDGMENT |
| K. PROSPER, et al., | ) ) | |
|         Defendant. | ) ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: February 26, 2013

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE